[Nos. 14532–1–I; 14556–8–I;   Division One.          March 9, 1987.]
14667–0–I.

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
HORACE OTTE, *Defendant,* RICHARD ALLEN
BERGER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ART SEAN
LONGWORTH, ET AL, *Defendants,* RICHARD
ALLEN BERGER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
ALLEN BERGER, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 81–1–03899–5, 83–1–02428–1, 83–1–01448–1,
Frank L. Sullivan, Robert E. Dixon, and Jim Bates, JJ.,
entered August 1, 1982, and March 26 and 22, 1984.
*Affirmed in part* and *remanded in part* by unpublished
opinion per Scholfield, C.J., concurred in by Swanson and
Ringold, JJ.

[No. 16135–1–I.   Division One.   March 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
ALLEN WALTERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–03235–5, Anthony P. Wartnik, J.,
entered February 11, 1985. *Reversed* by unpublished opin-
ion per Scholfield, C.J., concurred in by Swanson and
Ringold, JJ.